IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MILWAUKEE INSURANCE COMPANY,**
formerly known as Milwaukee Mutual
Insurance Company,

**Plaintiff,**

v.

**OLIN CORPORATION, STEVEN
HEIENS, VIRGINIA SURETY COMPANY,
& MICHELLE L. KUCZKA, Individually
and as Independent Representative of the
Estate of Paul A. Kuczka and as Personal
Fiduciary for Alex Paul Kuczka and Alyssa
Mary Kuczka,**

**Defendants.**                                                              No. 05-CV-659-DRH

## ORDER

**HERNDON, District Judge:**

      Now before the Court is Defendant Virginia Surety Company's First Motion for Summary Judgment, which was filed on September 7, 2006. (Doc. 56) Per the Order Adopting Joint Report and Proposed Scheduling and Discovery Order (Doc. 35), the deadline for all dispositive motions was August 18, 2006. Defendant Virginia Surety Company failed to request an extension of time in which to file a motion for summary. Therefore, Defendant Virginia Surety Company's First Motion

for Summary Judgment is untimely.[1]  Accordingly, the Court **STRIKES** Defendant

Virginia Surety Company's First Motion for Summary Judgment. (Doc. 56).

       **IT IS SO ORDERED.**

       Signed this 11th day of September, 2006.


                                  /s/        David   RHerndon
                                  **United States District Judge**

---

[1] Counsel for Defendant Virginia Surety Company also failed to attach a certificate of service to the First Motion for Summary Judgment.