IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MILWAUKEE INSURANCE COMPANY,**
formerly known as Milwaukee Mutual
Insurance Company,

**Plaintiff,**

**v.**

**OLIN CORPORATION, STEVEN
HEIENS, VIRGINIA SURETY COMPANY,
& MICHELLE L. KUCZKA, Individually
and as Independent Representative of the
Estate of Paul A. Kuczka and as Personal
Fiduciary for Alex Paul Kuczka and Alyssa
Mary Kuczka,**

**Defendants.**                                                     No. 05-CV-659-DRH

_____

**OLIN CORPORATION,**

**Third-Party Plaintiff,**

**v.**

**WALTERS METAL FABRICATION, INC.,**
an Illinois Corporation,

**Third-Party Defendant.**

## ORDER

**HERNDON, District Judge:**

       Now before the Court is Defendant/Third-Party Plaintiff Olin Corporation

("Olin") and Third-Party Defendant Walters Metal Fabrication, Inc.'s ("Walters") Stipulation for Dismissal with Prejudice. (Doc. 66.)  Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 66) the Court **VACATES** its earlier Order dated September 21, 2006 dismissing Olin's third-party complaint against Walters <u>without prejudice</u>. (Doc. 64.)  In conformity with the Stipulation for Dismissal with Prejudice (Doc. 66), which was executed by counsel for Olin and Walters and filed with this Court, **IT IS ORDERED** that Olin's third-party complaint against Walters is hereby dismissed <u>with prejudice</u>.  Each party to bear its own costs.

    **IT IS SO ORDERED.**

    Signed this 5th day of January, 2007.


                                        <u>/s/       David   RHerndon</u>
                                        **United States District Judge**