IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MILWAUKEE INSURANCE COMPANY,**
**formerly known as Milwaukee Mutual**
**Insurance Company,**

**Plaintiff,**

**v.**

**OLIN CORPORATION, STEVEN**
**HEIENS, VIRGINIA SURETY COMPANY,**
**& MICHELLE L. KUCZKA, Individually**
**and as Independent Representative of the**
**Estate of Paul A. Kuczka and as Personal**
**Fiduciary for Alex Paul Kuczka and Alyssa**
**Mary Kuczka,**

**Defendants.**                                                                 No. 05-CV-659-DRH

## ORDER

**HERNDON, District Judge:**

This cause coming to be heard by agreement between the parties as a result of settlement of the underlying Kuczka lawsuit and the Court having been fully advised in the premises, it is hereby ordered as follows:

- Milwaukee and Olin will each withdraw their pending motions for summary judgment as certain issues addressed in those motions have become moot due to settlement of the underlying Kuczka lawsuit (Docs. 42, 47);
- Milwaukee will withdraw its motion for summary judgment against Virginia Surety Company (Doc. 49);
- Michelle L. Kuczka, Steven Heiens, and Virginia Surety Company are dismissed from this action with prejudice;
- Within seven days of entry of this order, Milwaukee will amend its complaint in order to add Lexington Insurance Company as a defendant;

Within fourteen days of entry of this order, Milwaukee and Olin will file motions for summary judgment addressing those issues that remain after settlement of the underlying Kuczka lawsuit, response briefs will be filed fourteen days thereafter, and reply briefs will be filed ten days after the filing of the response briefs.

**IT IS SO ORDERED.**

Signed this 12th day of January, 2007.

/s/        David   RHerndon
**United States District Judge**