## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MILWAUKEE INSURANCE COMPANY,
formerly known as Milwaukee Mutual
Insurance Company,**

**Plaintiff,**

**v.**

**OLIN CORPORATION, et al.,**

**Defendants.**                                                    **No. 05-CV-659-DRH**

## <u>ORDER</u>

**HERNDON, District Judge:**

   The Stipulation for Dismissal having been executed by counsel for all remaining parties (Milwaukee Insurance Company, Olin Corporation, and Lexington Insurance Company) and filed with this Court (Doc. 76), **IT IS ORDERED** that this action is hereby dismissed with prejudice.  Clerk to enter judgment accordingly.

   **IT IS SO ORDERED.**

   Signed this 17th day of April, 2007.


         /s/  David  RHerndon
         **United States District Judge**