# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MILWAUKEE INSURANCE COMPANY,**

    **Plaintiff,**

v.                                     **CIVIL ACTION NO. 05-CV-659 DRH**

**OLIN CORPORATION, STEVEN HEIENS, VIRGINIA SURETY COMPANY, & MICHELLE l. KUCZKA, Individually and as Independent Representative of the Estate of Paul A. Kuczka and as Personal Fiduciary for Alex Paul Kuczka and Alyssa Mary Kuczka,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on a Joint Motion to Dismiss, a Stipulation of Dismissal and a Notice of Voluntary Dismissal.

**IT IS ORDERED AND ADJUDGED** that the Joint Motion to Dismiss is **GRANTED**. Defendants Michelle Kuczka, Steven Heiens and Virginia Surety Company are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED**, pursuant to the Stipulation of Dismissal, that this action is **DISMISSED with prejudice** as to Defendants Olin Corporation and Lexington Insurance Company.

**IT IS FURTHER ORDERED AND ADJUDGED**, pursuant to the Notice of Voluntary Dismissal, that the Third- Party Complaint against Walters Metal Fabrication, Inc. is **DISMISSED with prejudice**. -----------------------------------------------------------------------------------

                                                         **NORBERT G. JAWORSKI, CLERK**

April 18, 2007                                          BY:   /s/Patricia Brown
                                                                                            Deputy Clerk

APPROVED: /s/     David   RHerndon
                  **U.S. DISTRICT JUDGE**